(Official Form 1) (9/01) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court<br>**NORTHERN** District of **ILLINOIS** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Driscoll, James J. | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>Driscoll, Denise M. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>NONE | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>NONE |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>301 S. Western Avenue<br>Bartlett IL  60103 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>301 S. Western Avenue<br>Bartlett IL  60103 |
| County of Residence or of the<br>Principal Place of Business:  Cook | County of Residence or of the<br>Principal Place of Business:  Cook |
| Mailing Address of Debtor (if different from street address):<br>SAME | Mailing Address of Joint Debtor (if different from street address):<br>SAME |
| Location of Principal Assets of Business Debtor<br>(If different from street address above): NOT APPLICABLE | |

Chapter 13W/No Plan

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition Is Filed (Check one box) | |
|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☐ Chapter 7    ☐ Chapter 11    ☒ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other _____ | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☒ Consumer/Non-Business    ☐ Business | ☒ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form No. 3.

**Statistical/Administrative Information**  (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 11/19/2004
Time: 15:57:12
Debtor: JAMES J DRISCOLL
Case: 04-43138       Fee : 194
Chapter: 13 Rec. # : 3112162
Judge: Jack Schmetterer
341 mtg: 12/15/2004 @ 03:00PM
ConfHrg: 01/19/2005 @ 12:30PM
Trustee: TOM VAUGHN
```

1:04BK43138-BK001

(Official Form 1) (9/01) West Group, Rochester, NY

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> James J. Driscoll and <br> Denise M. Driscoll | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: <br> NONE | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: <br> NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _(signed)_ <br> Signature of Debtor <br> X _(signed)_ <br> Signature of Joint Debtor <br><br> Telephone Number (If not represented by attorney) <br><br> 11/16/2004 <br> Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with teh Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br> ☐ Exhibit A is attached and made a part of this petition |
| | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarly consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. <br><br> X _(signed)_ 11/18/2004 <br> Signature of Attorney for Debtor(s)   Date |
| **Signature of Attorney** <br><br> X _(signed)_ <br> Signature of Attorney for Debtor(s) <br><br> Ian G. Riddle 6275319 <br> Printed Name of Attorney for Debtor(s) <br><br> Huck Bouma PC <br> Firm Name <br><br> 1755 S. Naperville Road, Suite 200 <br> Address <br><br> Wheaton IL 60187 <br><br> (630) 221-1755    11/16/2004 <br> Telephone Number   Date | **Exhibit C** <br> Does the debtor own or have possession of any property that poses or is alleged to propose a threat of imminent and identifiable harm to public health and safety? <br> ☐ Yes, and exhibit C is attached and made a part of this petition. <br> ☒ No |
| | **Signature of Non-Attorney Petition Preparer** <br> I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. <br><br> _____ <br> Printed Name of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number <br><br> _____ <br> Address |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: <br><br><br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> X _____ <br> Signature of Bankruptcy Petition Preparer <br><br> _____ <br> Date <br><br> A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156. |

**United States Bankruptcy Court**
**Northern District of Illinois**

In Re: James J. Driscoll and Denise M. Driscoll          Bankruptcy Case Number:

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 13

The above-named Debtor(s) hereby verify that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: November 18, 2004

_____
Debtor   James J. Driscoll

_____
Joint Debtor   Denise M. Driscoll

Bank One Visa
P. O. Box 8650
Wilmington, DE  19899-8650


Barry Serota and Associates
P. O. Box 1008
Arlington Hghts., IL  60006


Capital Recovery Service
P. O. Box 1170
Fairfax, VA  22030


Choice Visa
P. O. Box 6412
The Lakes, NV  88901


Creditors Interchange
80 Holtz Drive
Buffalo, NY  14225


Deaborn Wholesales, LP
2801 South Western Avenue
Chicago, IL  60608


Discover Card
P. O. Box 30952
Salt Lake City, UT  84130-0952


Harris Bank
P. O. Box 94033
Palatine, IL  60094

MBNA America
P. O. Box 15026
Wilmington, DE 19850-5026


Sears Corporte
Law Department
3333 Beverly Road
Hoffman Estates, IL 60192-3322


Teller, Levit, Silvertrust
11 E. Adams Street
Chicago, IL 60603


White Hen Pantry Inc.
3003 Butterfield Road
Oak Brook, IL 60523


Wolpoff & Abramson
Two Irvington Center
702 King Farm Blvd.
Rockville, MD 20850