```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 43138
   JAMES J DRISCOLL
   DENISE M DRISCOLL                      CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-9242    SSN XXX-XX-6229

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 11/19/2004 and was confirmed 04/13/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

   The case was paid in full 01/16/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
BANK ONE                   UNSECURED       NOT FILED           .00           .00
BARRY SEROTA & ASSOCIATE   UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         5649.93           .00       5649.93
RESURGENT ACQUISITION LL   UNSECURED         1041.47           .00       1041.47
CREDITORS INTERCHANGE      UNSECURED       NOT FILED           .00           .00
DEARBORN WHOLESALERS       UNSECURED        25566.55           .00      25566.55
ECAST SETTLEMENT CORP      UNSECURED         3481.60           .00       3481.60
HARRIS BANK                UNSECURED         1544.37           .00       1544.37
ECAST SETTLEMENT CORP      UNSECURED         7224.30           .00       7224.30
RESURGENT ACQUISITION LL   UNSECURED         2503.27           .00       2503.27
TELLER LEVIT & SILVERTRU   UNSECURED       NOT FILED           .00           .00
WHITE HEN PANTRY           UNSECURED       NOT FILED           .00           .00
WOLPOFF & ABRAMSON LLP     UNSECURED       NOT FILED           .00           .00
MBNA AMERICA               NOTICE ONLY     NOT FILED           .00           .00
JP MORGAN CHASE BANK NA    CURRENT MORTG         .00           .00           .00
CITIMORTGAGE INC           CURRENT MORTG         .00           .00           .00
MITSUBISHI MOTORS CREDIT   SECURED          5845.11        971.97       5845.11
MITSUBISHI MOTORS CREDIT   UNSECURED       NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        16850.18           .00      16850.18
JP MORGAN CHASE BANK NA    SECURED NOT I      10.00           .00           .00
GONNELLA BAKING CO         NOTICE ONLY     NOT FILED           .00           .00
CITIMORTGAGE INC           SECURED NOT I     201.95           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        4744.68           .00       4744.68
CITIMORTGAGE INC           NOTICE ONLY     NOT FILED           .00           .00
HUCK BOUMA PC              DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                     4,332.83
DEBTOR REFUND              REFUND                                     14,753.79

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 43138 JAMES J DRISCOLL & DENISE M DRISCOLL
```

```
TRUSTEE                              94,510.05

PRIORITY                                                    16,850.18
SECURED                                                      5,845.11
    INTEREST                                                   971.97
UNSECURED                                                   51,756.17
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                         4,332.83
DEBTOR REFUND                                               14,753.79
                                    ---------------    ---------------
TOTALS                               94,510.05              94,510.05
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 01/14/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE

                            PAGE   2
         CASE NO. 04 B 43138 JAMES J DRISCOLL & DENISE M DRISCOLL